NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAN C. DEBORD,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD,**
**Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7124

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2660, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

BRYAN ANDERSEN, Bergmann & Moore, LLC, of Bethesda, Maryland, argued for claimant-appellant. With him on the brief were GLENN R. BERGMANN and JONATHAN E. TAYLOR.

SARAH M. VALENTI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were STUART F. DELERY, Assistant

Attorney General, BRYANT G. SNEE, Acting Director, and SCOTT D. AUSTIN, Assistant Director. Of counsel on the brief were Y. KEN LEE, Deputy Assistant General Counsel, and CHRISTA A. SHRIBER, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was MICHAEL J. TIMINSKI, Deputy Assistant General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court